UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ARCH SPECIALTY INSURANCE COMPANY,

                Plaintiff,                JUDGMENT
                                                   17-CV-385(JBW)(KML)

    - against –

SEOUL GLASS & INTERIOR, INC.,

                Defendant.
------------------------------------------------------------ X

       An Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on November 21, 2017, directing the Clerk of Court to enter default judgment in the amount of $160,762.32; it is

       ORDERED and ADJUDGED that default judgment is hereby entered in favor of the Plaintiff and against the Defendant in the amount of $160,762.32.

Dated: Brooklyn, NY                                                Douglas C. Palmer
November 22, 2017                                              Clerk of Court

                                                                       By:   */s/Jalitza Poveda*
                                                                               Deputy Clerk