UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARCH SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SEOUL GLASS & INTERIOR, INC.,<br><br>Defendant. | Civil Action No. 17-cv-00385 |



FILED
CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
MAR 22 2018
BROOKLYN OFFICE

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED CONSENTED TO AND AGREED UPON** by the undersigned, attorneys for Plaintiff and Defendant, that this matter be discontinued with prejudice and without costs.

| | |
|---|---|
| **BRESSLER, AMERY & ROSS, P.C.**<br>Attorneys for Plaintiff<br>17 State Street<br>New York, New York 10004<br>(212) 425- 9300- Telephone | **JUNG & ASSOCIATES, P.C**<br>Attorneys for Defendant<br>470 Park Avenue South, Suite 7 North<br>New York, NY 10016<br>(212) 481-0800- Telephone |
| /s/ Christopher Ko<br>Christopher Ko | Henry Jung |
| Date: | Date: 2/9/2018 |

close the case

SO ORDERED /s/ JBWeinstein
3/22/18